UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lehman Brothers Commercial Corporation Asia Limited (In Liquidation) acting by and through its Liquidators, Paul Brough, Edward Middleton, and Patrick Cowley, solely in their capacities as Joint and Several Liquidators,<br><br>        Plaintiff,<br><br>v.<br><br>MedQuist Holdings, Inc., *fka* CBay Systems Holdings Limited,<br><br>        Defendant. | 11-CV-2839 (NRB) (DCF)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for all parties herein pursuant to Federal Rule of Civil Procedure 41(a)(1) that all claims which were brought in the above-captioned action by Lehman Brothers Commercial Corporation Asia Limited (In Liquidation) ("LBCCA") (acting by and through Messrs. Paul Brough, Edward Middleton, and Patrick Cowley in their capacity as joint and several liquidators of LBCCA without personal liability) and all claims and counterclaims which were brought by MedQuist Holdings, Inc., *fka* CBay Systems Holdings Limited against LBCCA, are dismissed, with prejudice and without costs or attorneys' fees to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, each of which shall be deemed an original for all purposes and which shall, together, constitute one and the same instrument. This Stipulation may be executed and delivered by facsimile or email transmission all with the same force and effect as if the same was a fully executed and delivered original document.

|  |  |
|---|---|
| | O'MELVENY & MYERS LLP |
| Dated: July 21, 2011 | By: _____ |
| | Charles E. Bachman |
| | Justin S. Siegel |
| | Times Square Tower |
| | 7 Times Square |
| | New York, New York 10036 |
| | Tel: (212) 326-2000 |
| | Fax: (212) 326-2061 |
| | cbachman@omm.com |
| | jsiegel@omm.com |

*Attorneys for Plaintiff*

|  |  |
|---|---|
| | DE FEIS O'CONNELL & ROSE, P.C. |
| Dated: July 21, 2011 | By: _____ |
| | Nicholas M. De Feis |
| | Phillip C. Patterson |
| | 500 Fifth Avenue, 26th Floor |
| | New York, New York 10110 |
| | Telephone: (212) 768-1000 |
| | Facsimile: (212) 768-3511 |
| | nd@dorlaw.com |
| | pcp@dorlaw.com |

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2011         _____

Honorable Naomi Reice Buchwald

United States District Judge

2